FILED
AUG 10 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>      Plaintiff, )<br>  )<br>  v. )<br>  )<br>PAUL ANCAJIMA, )<br>  )<br>      Defendant. )<br>_____) | No. CR05-00491 VRW (BZ)<br><br>**DETENTION ORDER** |

On August 5, 2005, the Court held a detention hearing and received evidence in the form of the United States' proffer, the defendant's proffer and, a report by United States Pretrial Services.

Having considered the parties' proffers, the Pretrial Services Report and the files and records in this matter, I find by a preponderance of the evidence that defendant is a risk of flight and by clear and convincing evidence that defendant is a danger to the community and I hereby **ORDER** him detained. In so holding, I have considered the following factors:

1

1. The defendant is charged by indictment with violations of 21 U.S.C. § 846 (Conspiracy to Distribute Methamphetamine and Ecstasy) and 21 U.S.C. § 841(a)(1) (Distribution of Ecstasy). Pursuant to 18 U.S.C. § 3142(e), because the maximum penalty for these violations is a term of ten years or more under the Controlled Substances Act, there is a rebuttable presumption that "no conditions or combination of conditions will reasonably assure the appearance of the person and safety of the community." Defendant has dispelled neither presumption.

2. The defendant is subject to a mandatory minimum of ten years imprisonment. Because he faces a potential life sentence and a mandatory prison term of at least ten years, he has an incentive to flee.

3. The defendant has had a significant number of contacts with law enforcement while he was a juvenile. These contacts include assaultive behavior and theft.

4. Defendant has family ties to the community. However, there is no one who has sufficient assets that can be posted to secure the defendant's return to court. In addition it appears that his family has been unable to control his behavior in the past. He does not have a stable employment, educational or residential history.

5. The defendant's release would present a danger to the community. The government proffered that on June 21, 2005, the defendant was found in possession of approximately 1,000 ecstasy pills with a street value of about $30,000. In addition, on May 22, 2005, law enforcement authorities in

Arizona identified the defendant as a passenger in a car that was escorting another vehicle which contained 148,000 ecstasy pills. Following the May 22, 2005, stop in Arizona, the defendant was seen in San Francisco with the individual who was driving the car that contained the 148,000 ecstasy pills on at least two occasions.

6. In passing the Bail Reform Act, Congress was particularly concerned with the danger that drugs and violence posed to the community.

7. Defendant did not proffer any conditions of release, nor have any occurred to the court, that would reasonably assure his appearances at trial or the safety of the community. While his mother, aunt, and cousin offered to sign an unsecured bond, given the risks discussed above, I do not find that proposal adequate.

Therefore, **IT IS HEREBY ORDERED** that:

(1) The defendant be, and hereby is, committed to the custody of the Attorney General for a confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant be afforded reasonable opportunity for private consultation with his counsel; and

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in

3

connection with a court proceeding.

Dated: August 9, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\DETENTIO\2005\ANCAJIMADETENTION.wpd

4

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

v.

Ancajima et al,

        Defendant.
_____/

Case Number: CR05-00491 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 10, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anjali Chaturvedi
US Attorney's Office
Organized Crime Strike Force
450 Golden Gate Avenue
San Francisco, CA 94102

Ann Carole Moorman
Law Offices of Ann C. Moorman
308 South School Street
Ukiah, CA 95482

Dated: August 10, 2005

Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk