ANN C. MOORMAN (CSB 130144)
LAW OFFICES OF ANN C. MOORMAN
308 S. School Street
Ukiah, California 95482
Telephone: (707) 462-1844

Attorneys for Defendant
PAUL ANCAJIMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.CR 00491 VRW |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| vs. ) | **ORDER RESETTING** |
| PAUL ANCAJIMA, ) | **SENTENCING HEARING** |
| Defendant. ) | |

IT IS HEREBY STIPULATED between the plaintiff through its attorney, Laurel Beeler, Assistant United States Attorney, defendant Paul Ancajima, through his counsel Ann C. Moorman, Esq. that the sentencing hearing presently set for November 20, 2006 at 10:30 a.m. shall be vacated and reset for December 19, 2006 at 10:30 a.m.. The additional time is required to complete the pre-sentence investigation. Cheryl Simone of U.S. Probation concurs in this request.

IT IS SO STIPULATED:

DATED: October 30, 2006            /s/ Laurel Beeler
                                   ASSISTANT UNITED STATES ATTORNEY


DATED:  October 30, 2006           /s/ Ann C. Moorman
                                   ANN C. MOORMAN
                                   Attorney for Defendant Paul Ancajima

Stipulation and Order Resetting Sentencing Hearing
 (CR 05 00491 VRW)                    1

1  ////

2

3

4       GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the

5   sentencing hearing for defendant Paul Ancajima now scheduled for November 20, 2006 at 10:30 a.m.

6   shall be rescheduled for December 19, 2006 at 10:30 a.m.  The parties are ordered to provide U.S.

7   Probation with a copy of this Order.

    DATED:_Dec. 12, 2006

8

9                       VAUGHN R. WALKER

                    Chief Judge, U.S. District Court



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order Resetting Sentencing Hearing
 (CR 05 00491 VRW)                                    2