# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
DEC 13 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Docket Number: CR 05-00491-09 VRW |
| Paul C. Ancajima | ) |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for  December 19, 2006  be continued until  February 6, 2007  at  10:30 a.m.  .

Date: 12 Dec 2006

Vaughn R. Walker
Chief United States District Judge

NDC-PSR-009 12/06/04