KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

LAUREL BEELER (CSBN 187656)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-6765
    Facsimile:  (415) 436-7234
    Email: laurel.beeler@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 05 00491 VRW |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND ORDER (~~PROPOSED~~) |
| PAUL ANCAJIMA, ) | |
|     Defendant. ) | |

    The matter is currently set for sentencing on Tuesday, February 6, 2007, at 10:30 a.m. Because of an unexpected travel commitment, the defense cannot appear on that day, and the parties jointly ask for the matter to be continued one week to February 13, 2007, at 10:30 a.m.

STIPULATED:

    /s/                                /s/
LAUREL BEELER                  ANN MOORMAN
Assistant United States Attorney    Attorney for Paul Ancajima

    For good cause shown, the sentencing date of February 6, 2007, is vacated, and the Court sets a sentencing date of February 13, 2007, at 10:30 a.m.

    IT IS SO ORDERED.

Dated: 2/8/2007

                                              
VAUGHN R. WALKER
United States District Judge

[GRANTED — signed Judge Vaughn R Walker, United States District Court, Northern District of California]

STIPULATION AND ORDER (Proposed)
(CR 05 00491 VRW)