UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R. WALKER
United States District Chief Judge

**FILED**

FEB 13 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: February 13, 2007

Case No. CR 05-0491-09 VRW

Case Title: USA v. PAUL ANCAJIMA (CUSTODY) PRESENT

Attorneys:
    For the Government: Laurel Beeler

    For the Defendant(s): Ann Moorman

Deputy Clerk: **Cora Klein**          Reporter: Belle Ball
                                      USPO: Cheryl Simone

## PROCEEDINGS

1) Judgment and Sentencing

2) Defendant's Motion for downward departure - granted

## ORDERED AT THE HEARING

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this court that defendant Paul Ancajima is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 22 months. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years, shall comply with the standard and additional special conditions that have been adopted by the court, that include that the defendant shall be placed in a community confinement for 6 months. The defendant shall be placed in a half-way house within 72 hours of release, pay a special assessment of $100, which is due immediately, no fine.