1 ANN C. MOORMAN (CSB 130144)
LAW OFFICES OF ANN C. MOORMAN
2 308 S. School Street
Ukiah, California 94582
3 Telephone: 707-462-1844
Facsimile: 707-468-0522
4

5 Attorney for Defendant
PAUL ANCAJIMA
6

7

8

UNITED STATES DISTRICT COURT

9
NORTHERN DISTRICT OF CALIFORNIA

10
SAN FRANCISCO DIVISION

11

12

13 PEOPLE OF THE STATE OF CALIFORNIA )  Case No. CR 05-491 VRW
)
14                    Plaintiff,         )
)  STIPULATION AND [PROPOSED]
15        v.                             )  ORDER RESETTING HEARING DATE
)
16 PAUL ANCAJIMA, *et al.*                )
)
17                    Defendant.         )
_____ )

18    IT IS HEREBY STIPULATED between the plaintiff through its attorney, Laurel Beeler,

19 Assistant United States Attorney, and defendant Paul Ancajima, through his counsel Ann C.

20 Moorman, Esq. that the next appearance in this case relating to Paul Ancajima, to wit, April 30, 2009

21 shall be vacated and re-set for May 14, 2009.  Counsel for defendant Ancajima is appearing in

22 Sonoma County Superior Court for a preliminary hearing in a homicide case April 27, 2009 through

23 May 5, 2009 and is therefore requesting the Court reset the Ancajima matter for May 14, 2009, a date

24 advised as convenient to the Court and all parties.

25 IT IS SO STIPULATED:

26 Dated: April 28, 2009                          /s/ Laurel Beeler
                                                 LAUREL BEELER
27                                               Assistant United States Attorney

28

Stipulation and [Proposed] Order Resetting Hearing

Dated: April 28, 2009        /s/ Ann C. Moorman
ANN C. MOORMAN
Attorney for Defendant Ancajima

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby Ordered that the appearance of April 20, 2009 relating to the Form 12 filed in relation to defendant Paul Ancajima shall be vacated and re-set for May 14, 2009 at 2:00 p.m. The defendant is ordered to appear at that time.

Dated: April 29, 2009

HON. VAUGHN R. WALKER,
Chief Judge, United States District Court



Stipulation and [Proposed] Order Resetting Hearing