ANN C. MOORMAN (CSB 130144)
LAW OFFICES OF ANN C. MOORMAN
308 S. School Street
Ukiah, California 94582
Telephone: 707-462-1844
Facsimile: 707-468-0522

Attorney for Defendant
PAUL ANCAJIMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PAUL ANCAJIMA, *et al.* ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. CR 05-491 VRW <br><br> STIPULATION AND [PROPOSED] <br> ORDER RESETTING HEARING DATE |

IT IS HEREBY STIPULATED between the plaintiff through its attorney, Laurel Beeler, Assistant United States Attorney, and defendant Paul Ancajima, through his counsel Ann C. Moorman, Esq. that the next appearance in this case relating to Paul Ancajima, to wit, May 14, 2009 shall be vacated and re-set for May 28, 2009 at 9:30 a.m..

IT IS SO STIPULATED:

Dated: May 4, 2009                                        /s/ Laurel Beeler
                                                                               LAUREL BEELER
                                                                               Assistant United States Attorney

Dated: May 4, 2009                                        /s/ Ann C. Moorman
                                                                               ANN C. MOORMAN
                                                                               Attorney for Defendant Ancajima

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby Ordered that the appearance of May 14, 2009 relating to the Form 12 filed in relation to defendant Paul Ancajima shall be vacated and re-set for May 28, 2009 at 9:30 a.m. The defendant is ordered to appear at that time.

Dated: May 5, 2009



HON. VAUGHN R. WALKER
Chief Judge, United States District Court

Stipulation and [Proposed] Order Resetting Hearing