JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

LAUREL BEELER (CSBN 187656)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-6765
    Facsimile:  (415) 436-7234
    Email: laurel.beeler@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 05 00491 VRW |
|     Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER (PROPOSED) |
| PAUL ANCAJIMA, | ) | |
|     Defendant. | ) | |

The matter is currently set for status on a Form 12 violation for Thursday, August 13, 2009. Because of an unexpected travel commitment, the government cannot appear on that day, and the parties jointly ask for the matter to be continued one week to Thursday, August 20, 2009, at 2:00 p.m.  The government left a message for United States Probation.

STIPULATED:

    /s/
LAUREL BEELER
Assistant United States Attorney

    /s/
ANN MOORMAN
Attorney for Paul Ancajima

For good cause shown, the August 13, 2009, status date, is vacated, and the Court sets a new date for August 20, 2009, at 2:00 p.m.

IT IS SO ORDERED.

_____
VAUGHN R. WALKER
United States District Judge

[GRANTED — Judge Vaughn R Walker]

STIPULATION AND ORDER (Proposed)
(CR 05 00491 VRW)